UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICOLAS CHILEL MONSON,<br><br>Petitioner,<br><br>v.<br><br>JEREMY CASEY,<br><br>Respondent. | Case No.:  26cv4029-LL-DDL<br><br>**ORDER DISMISSING PETITION AS DUPLICATIVE AND CLOSING CASE**<br><br>[ECF No. 1] |

Petitioner Nicolas Chilel Monson ("Petitioner"), proceeding pro se, filed a Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241. ECF No. 1. Upon review, the Court notes that Petitioner filed a prior Section 2241 petition in case No. 26-cv-3261-LL-DDL.

In the prior petition, this Court found that Petitioner was entitled to a bond hearing under 8 U.S.C. § 1226(a). *See Chilel Monson v. Mullin, et al*., No. 26-cv-3261-LL-DDL, ECF No. 6. According to Respondent, Petitioner received a bond hearing on June 18, 2026. ECF No. 3 at 2.

Petitioner filed this second habeas petition, again seeking to challenge his immigration custody. ECF No. 1. Petitioner does not mention his prior petition or his bond hearing in his renewed petition. *See generally* ECF No. 1. "A habeas petition is subject to

1

summary dismissal when it is repetitive or duplicative." *Trevino Chautla v. Larose*, No. 3:26-CV-3102-JES-VET, 2026 WL 1596187, at *1 (S.D. Cal. June 2, 2026). The Petition here provides no new information or grounds for relief that were not raised in the prior petition. Therefore, the Court **DISMISSES** the Petition **WITHOUT PREJUDICE** and **TERMINATES AS MOOT** the Motion to Appoint Counsel [ECF No. 2].

The Clerk of Court shall enter judgment dismissing this matter without prejudice and shall close the case file.

**IT IS SO ORDERED.**

Dated: July 17, 2026

Honorable Linda Lopez
United States District Judge

26cv4029-LL-DDL